FILED FOR RECORD 01/25/2019 12:22:34
Shelley M. Mauterer, DY CLERK
JEFFERSON PARISH, LA

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO.: 791562   DIVISION: K

TRENELL WOODS WIFE OF/AND LESTER A. VALLET, JR.

VERSUS

MARK STEPHENS, GATEWAY DISTRIBUTION, INC., and ARCH INSURANCE COMPANY

FILED: _____    _____
                                            DEPUTY CLERK

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Trenell Woods Wife of/ and Lester A. Vallet, Jr., both persons of the full age of majority and residents of the Parish of Orleans, State of Louisiana, who, with respect, represent as follows:

1.

Made Defendants herein are:

A.  **MARK STEPHENS** who, upon information and belief, is a person of the full age of majority and a resident of Butler County, State of Ohio;

B.  **GATEWAY DISTRIBUTION, INC.**, who, upon information and belief is a corporation licensed in the State of Louisiana, and/or authorized to do and doing business in the State of Louisiana, Parish of Jefferson;

C.  **ARCH INSURANCE COMPANY**, who, upon information and belief, is a foreign insurance company licensed to do and doing business in the Parish of Orleans, State of Louisiana; and

2.

That on or about January 25, 2018, Plaintiff, Trenell Woods was lawfully operating a 2009 Mercedes Benz, ML-350 on Peters Road in Harvey, Louisiana when a Fleet Truck operated by Mark Stephens and owned by Gateway Distribution, Inc., made a improper left turn into her vehicle causing property damage and serious personal injuries complained of herein.

3.

That the sole and proximate cause of Plaintiff's injuries was the negligence of the Defendants, Mark Stephens and Gateway Distribution, Inc., in the following respects, to wit:



EXHIBIT A

**GATEWAY DISTRIBUTION, INC.:**

a. In failing to adequately instruct its employees/drivers of proper emergency procedures and precautions under the circumstances;

b. In permitting its employees to drive without the proper instructions under the circumstances;

c. In negligently entrusting the keys to its vehicle to an unfit driver under the circumstances;

d. In failing to properly supervise and/or train its employees under the circumstances;

e. In failing to maintain its vehicles in proper repair;

f. Any and all other acts of negligence and/or strict liability that will be proven at the trial of this matter.

**MARK STEPHENS:**

a. In failing to use due vigilance under the circumstances;

b. In failing to see what he should have seen under the circumstances;

c. In failing to keep a proper lookout to ensure the safety of others under the circumstances;

d. In operating a vehicle in a reckless manner under the circumstances;

e. In operating a vehicle in a careless manner under the circumstances; and

f. Any and all other acts of negligence and/or strict liability that will be proven at the time of the trial of this matter.

All in violation of the applicable ordinances of the Parish of Jefferson and statutes of the State of Louisiana, all of which are pleaded herein and made a part hereof as if copied, *in extenso*.

4.

That at all times relevant herein defendant, Mark Stephens, was an employee of Gateway Distribution, Inc., who operated it's truck with the consent and permission of his employer and at all times in the course and scope of such employment.

5.

That because of their negligence as enumerated in Paragraph 3 above, Defendants, Mark Stephens, Gateway Distribution Inc., and Arch Insurance Company, are liable unto plaintiff, Trenell Woods, Wife of/ and Lester A. Vallet, Jr. for her past, present and future mental and physical pain and suffering; past, present and future physical disability; past, present and future medical expenses, lost wages, loss of consortium and loss of earning capacity for an amount reasonable in the premises; that the amount in controversy is in excess of $50,000.00 exclusive of interest and cost.

6.

That at all times relevant herein, Defendant, Arch Insurance Company issued a policy of insurance to Mark Stephens and Gateway Distribution, Inc., for injuries arising out of the type of accident sued on herein and that said policy was in full force and effect at the time of the accident sued on herein.

7.

That just demand has been made upon Defendants, Mark Stephens, Gateway Distribution Inc., and Arch Insurance Company, all to no avail.

**WHEREFORE**, Plaintiff, Trenell Woods, Wife of/and Lester A. Vallet, Jr., respectfully prays that the Defendants, Mark Stephens, Gateway Distribution Inc., and Arch Insurance Company be served with a copy of this Petition and cited to appear and answer same and that, after all due proceedings had, there be Judgment in favor of plaintiff, Trenell Woods, Wife of/and Lester Vallet, Jr., and against the Defendants, Mark Stephens, Gateway Distribution Inc., and Arch Insurance Company, jointly, severally and in solido, together with legal interest from the date of judicial demand until paid, and for all costs of these proceedings, all as provided for by law.

Respectfully Submitted:

CLIFFORD E. CARDONE (LSBN 3874)
HANNAH B. SALTER (LSBN #34749)
829 Baronne Street
New Orleans, LA 70113
Telephone: (504) 581-1394
ATTORNEY FOR PLAINTIFFS


**PLEASE SERVE THE FOLLOWING:**

**MARK STEPHENS**           *(VIA LOUISIANA LONG ARM STATUTE)*
7430 Lakota Springs Drive
West Chester, OH 45069

**GATEWAY DISTRIBUTION, INC.**   *(VIA LOUISIANA LONG ARM STATUTE)*
11755 Lebanon Road
Cincinnati, OH 45241

**ARCH INSURANCE COMPANY**
Through their agent for service of process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

-3-

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.

DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON